Dismissed and Memorandum Opinion filed February 3, 2005









Dismissed and Memorandum Opinion filed February 3,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00993-CV

____________

 

LARRY CALLIES,
Appellant

 

V.

 

JEFFREY F.
CARSON, Appellee

 



 

On Appeal from the
400th District Court

 Fort Bend County, Texas

Trial Court Cause
No. 04‑CV‑136767 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 20, 2004.

On January 20, 2005, the parties filed a motion to dismiss
the appeal because the case has been settled.  
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered
dismissed.

PER CURIAM

Judgment
rendered and Memorandum Opinion filed February 3, 2005.

Panel consists
of Justices Edelman, Seymore, and Guzman.